AO 243 (Rev. 5/85)

**MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY**

| United States District Court | District |  |
|---|---|---|
| Name of Movant<br>Cristino DeJesus-Sosa | Prisoner No.<br>24895-038 | Case No.<br>03-CR-10284NG |
| Place of Confinement<br>FCI Loretto, PA 15940 | | |

05 CV 11003 NG

UNITED STATES OF AMERICA          V. Cristino DeJesus-Sosa
                                                            (name under which convicted)

**MOTION**          MAGISTRATE JUDGE

1. Name and location of court which entered the judgment of conviction under attack  United States District
   Court for the District of Massachusetts

2. Date of judgment of conviction  June 29, 2004

3. Length of sentence  46 months

4. Nature of offense involved (all counts)  On August 27, 2003 a two count indictment
   charging defendant with illegal re-entry in violation of 8 U.S.C.
   1326(a) and social security fraud (42 U.S.C. 408) 8/28/03.

5. What was your plea? (Check one)
   (a) Not guilty     ☐
   (b) Guilty         ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:

   Entered guilty plea to 8 U.S.C. 1326(a) count two dropped.
   (42 U.S.C. 408).

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury        ☐
   (b) Judge only  ☐

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐

AO 243 (Rev. 5/85)

---

9. If you did appeal, answer the following:

    (a) Name of court _____

    (b) Result _____

    (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
Yes □ No ☒x

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
        Yes □ No □

        (5) Result _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information:

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

(4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

(5) Result_____

(6) Date of result _____

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.        Yes ☐ No ☐
(2) Second petition, etc.       Yes ☐ No ☐

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.  **PER ATTACHED MEMORANDUM**

CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.

For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.

Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.

(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.

(e) Conviction obtained by a violation of the privilege against self-incrimination.

(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.

(g) Conviction obtained by a violation of the protection against double jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A. Ground one: The sentence imposed was in violation of the

Sixth Amendment Right announced in Apprendi and its progeny.

Supporting FACTS (state *briefly* without citing cases or law) By the new rule announced

In Apprendi v. New Jersey and its progeny Booker and Shepard,

Mr. Sosa's sentence under the sentencing guidelines was

erroneously enhanced by 16 levels under U.S.S.G. § 2L1.2(b)

(1)(A). See attached Memorandum in Support, "Sentencing

Enhancements" in 18 U.S.C. § 1326(b)(1)(2), are unconstitutional.

B. Ground two: __NONE__

Supporting FACTS (state *briefly* without citing cases or law): _____

C. Ground three: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

D. Ground four: _____

Supporting FACTS (state *briefly* without citing cases or law): _____

_____

_____

_____

_____

_____

_____

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them: 2255 Motion permits up to one

year from date of sentence or when case became final. A motion under

2255 deemed necessary in light of recent Supreme Court decisions,

to be filed at this time.

_____

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐  No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Roger A. Cox

_____

(b) At arraignment and plea  Roger A. Cox

_____

(c) At trial  N/A

_____

(d) At sentencing  Robert A. Cox

_____

AO 243 (Rev. 5/85)

(e) On appeal __N/A__

(f) In any post-conviction proceeding __N/A__

(g) On appeal from any adverse ruling in a post-conviction proceeding __N/A__

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
Yes ☐ No ☑

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ☐ No ☑

(a) If so, give name and location of court which imposed sentence to be served in the future: _____

(b) Give date and length of the above sentence: _____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ☐ No ☑

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.

_____
Signature of Attorney (if any)

I declare under penalty of perjury that the foregoing is true and correct. Executed on

__May 9, 2005__
(date)

_____
Signature of Movant
Cristino DeJesus-Sosa, Pro-Se