UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
United States of America    )
                            )
                            )
                            )
vs.                         )    CRIMINAL NO. 03-CR-10284NG
                            )
                            )    CIVIL NO. 05CV11003NG
                            )
Cristino Dejesus-Sosa       )    Honorable Nancy Gertner
         Petitioner,        )    U.S. District Judge
                            )
_____)
```

### MOTION FOR THE APPOINTMENT OF COUNSEL
### NOT AFFILIATED WITH THE PUBLIC DEFENDER'S OFFICE

**NOW COMES** the petitioner, Cristino Dejesus-Sosa, on his own behalf and without counsel, and moves this Honorable Court to appoint counsel for him to assist with the petitioner's Motion under 28 USC § 2255 to vacate, set aside or correct sentence, and hereby states the following in support thereof:

1) Petitioner has filed under 28 USC § 2255 a "motion to vacate, set aside or correct sentence by a person in federal custody contesting certain legal errors in the above cause of action";

2) Petitioner has also filed a Motion to procede in Forma Pauperis (A0240);

3) Petitioner avers herein that he is incarcerated under the sentence imposed at the above numbered cause of action; and is without means to retain counsel;

4) Petitioner has filed at this time a Pro Se Memorandum of Law; but is personally unable to further represent himself competently;

5)   Petitioner avers that his Motion under USC §2255 is meritorious and not filed frivolously or for the purpose of delay;

6)   Petitioner avers that he intends to file with this Honorable Court a supplemental motion to his current motion under 28 USC §2255; but has been delayed by his tribulations in obtaining his guilty plea hearing transcript, his sentencing hearing transcript, his criminal docket and a copy of his written plea agreement. Petitioner avers that he will file this supplemental and supporting memorandum of law on or before June 28, 2005.

7)   Petitioner alleges ineffective assistance of counsel by various members of the Office of the Public Defender in the supplemental 28 USC §2255 motion;

8)   Petitioner avers that he is in need of counsel, but that a conflict of interest exists with the Federal Public Defender;

9)   Petitioner requests this Honorable Court to appoint him new counsel not affiliated with the Federal Public Defender, to assist him with his §2255 Motion.

   **WHEREFORE,** petitioner prays that this Honorable Court appoints him counsel, not affiliated with the Federal Public Defender to assist him with his §2255 Motion.

   **PETITIONER** states under penalties for perjury at 18 USC §1746 that the facts contained herein are true and correct to the best of his knowledge, information and belief.

                              Respectfully submitted,

                              _____
                              Cristino DeJesus-Sosa # 24895-038
                              FCI-Loretto
                              P.O. Box 1000
                              Loretto, PA 15940

## CERTIFICATE OF SERVICE

     **IT IS HEREBY CERTIFIED,** under the penalty of perjury (28 U.S.C. § 1746), that the foregoing **APPLICATION TO PROCEED IN FORMA PAUPERIS, SUPPORTING DOCUMENTATION AND ORDER**, was sent by U.S. Mail in a prepaid envelope, First Class, addressed to the following:

Tony Anastas, District Clerk
United States District Court
For The District of Massachusetts
John Joseph Maokley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


Nadine Pellegrini, Assistant United States Attorney
1 Courthouse Way
United States Courthouse, Suite 9200
Boston MA 02210

**DATED THIS 23rd DAY OF MAY, 2005**

                                          Cristino DeJesus-Sosa
                                          Register No. 24895-038
                                          Federal Correctional Institution
                                          P.O. Box 1000
                                          Loretto, PA 15940