IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

```
CRISTINO DEJESUS-SOSA           :
      Petitioner,               :   CIVIL ACTION
                                :   05-11003-NG
      v.                        :
                                :
UNITED STATES OF AMERICA        :
      Respondent                :
```

GOVERNMENT'S REQUEST FOR ENLARGEMENT OF TIME TO
ANSWER 2255 PLEADING

The United States of America, by Michael J. Sullivan, United States Attorney, and Nadine Pellegrini, Assistant United States Attorney for the District of Massachusetts, and files this Request for Enlargement of Time to answer the 2255 Motion filed in the above-captioned case as follows:

1. Per Order of the Court, the government's response is currently due on June 6, 2005.

2. Due to assignment of supervisory duties during the weeks preceding, counsel for the government has not been able to complete its response. Therefore, counsel respectfully requests an enlargement of time of 14 days within which to file its response.

                                         Respectfully submitted,

                                         MICHAEL J. SULLIVAN
                                         United States Attorney

                           By:   /s/Nadine Pellegrini
                                         Nadine Pellegrini
                                         Assistant U.S. Attorney

CERTIFICATE OF SERVICE

This is to certify that I have this day served upon the person listed below a copy of the foregoing document by depositing in the United States mail a copy of same in an envelope bearing sufficient postage for delivery:

> Cristino DeJesus-Sosa
> Register No. 24895-038
> c/o Federal Correctional Facility
> P.O. Box 1000
> Loretto, PA 15940

This 6th day of June, 2005.

/s/Nadine Pellegrini
Nadine Pellegrini
ASSISTANT UNITED STATES ATTORNEY