IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

CRISTINO DEJESUS-SOSA              :

    Petitioner,                 :

v.                                 :   CIVIL ACTION
                                          05-11003-NG
UNITED STATES OF AMERICA           :

    Respondent                  :

**PETITION TO SUPPLEMENT MOTION UNDER 28 USC
§2255 TO VACATE, SET ASIDE, OR CORRECT A SENTENCE
FILED BY A PERSON IN FEDERAL CUSTODY**

**COMES NOW**, the Petitioner, Cristino DeJesus-Sosa, on his own behalf and without counsel, and petitions this Honorable Court to allow him to supplement his previously file <u>Motion under 28 USC §2255 to vacate, set aside, or correct a sentence, filed by a person in Federal custody,</u> and hereby states the following:

1. Petitioner filed the aforesaid Motion under 28USC § 2255 on May 9, 2005;

2. Petitioner asked for the appointment of counsel to help supplement his original Motion under § 2255;

3. Petitioner now seeks to supplement his original Motion with this supplement, alleging inter alia;

   **(a)** Ineffective assistance of counsel in the plea negotiations, at the guilty plea and sentencing hearings; by failure to appeal and at other stages of the prosecution; because counsel did not object to the colloquy; nor object to the Pre-Sentence Report; nor object to the sentence enhancement;

    (b) That his guilty plea was not knowing and/or voluntary, because the plea bargin and colloquy were incomplete;

    (c) That any purported waiver of appeal rights and/or post conviction remedy rights were not knowing and voluntary, because the consequences of this waiver and any remaining appeal rights were not explained;

4. Petitioner has made efforts since March to obtain the notes of testimony transcripts from his January 15, 2004 guilty plea hearing and the June 29, 2004 sentencing hearing. Petitioner has enlisted the assistance of his family in an effort to contact the court reporter who has re-located to North Carolina, and to order and pay for said transcripts;

5. Petitioner is also attempting to obtain a copy of any written plea agreement and his docket entries;

6. These documents are necessary to properly plead the Motion under § 2255 including a relavant Memorandum of Law in support thereof;

7. Petitioner's deadline for filing a Motion under 28 USC § 2255 is June 29, 2005;

8. Petitioner files this supplement in an effort to comply with his deadline, and prays that he can file a supporting Memorandum if and when the documents become available.

9. Petitioner again request the appointment of counsel;

**WHEREFORE**, Petitioner prays that this Honorable Court will permit Petitioner to Supplement his previous Motion Under 28 USC § 2255, including a Memorandum of law, and to have counsel appointed to assist him.

### AVERMENT

<u>Cristino DeJesus-Sosa</u>, states that under penalties prescribed for perjury at 18 USC § 1746 that the facts as set forth in the attached Petition are true and correct to the best of his knowledge, information and belief.

Respectfully submitted,

*/s/ Cristino DeJesus-Sosa*
Cristino DeJesus-Sosa, Pro-Se
Reg. No. 24895-038
FCI-Loretto
P.O. Box 1000
Loretto, PA 15940

## CERTIFICATE OF SERVICE

    I certify that on  June 27 , 2005 , I mailed a copy of this brief and all attachments via first class mail, to the following parties at the address(s) listed below:

United States District Court
Office of the Clerk
United States Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210


United States Attorney's Office
District of Massachusetts
John J. Moakley Courthouse
Suite 9200
1 Courthouse Way
Boston, MA 02210

ATT: AUSA, Pellegrini


## PROOF OF SERVICE FOR INSTITUTIONALIZED OR
## INCARCERATED LITIGANTS

    I certify that this document was given to prison officials on this 27 day of June , 2005 , for forwarding to the Clerk of Court for the District of Massachusetts . I certify under the penalty of perjury that the foregoing is true and correct. 28 U.S.C. §1746.

Dated this 27 day of June , 2005 .

(Signature)

Reg. # 24895-038
Box 1000
Loretto, PA 15940